UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | 26-CV-7912 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On September 10, 2026, Plaintiff filed identical complaints in Docket Nos. 26-CV-7912 and 26-CV-7913. The case number on both complaints is "26-cv-7912." Docket No. 26-CV-7913 was marked as related to Docket No. 26-CV-7912 and was reassigned to the undersigned from Judge Kaplan on October 7, 2026. Yesterday, counsel for Defendant Amazon.com Services LLC contacted the Court seeking guidance on how to proceed. Accordingly, it is hereby ordered that, no later than October 22, 2026, Plaintiff shall submit a letter indicating whether Docket No. 26-CV-7913 should be closed as duplicative.

SO ORDERED.

Dated: October 16, 2026
New York, New York

Ronnie Abrams
United States District Judge