UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

v.

AMAZON.COM SERVICES LLC,

Defendant.

26-CV-7912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A telephone conference is hereby scheduled for Friday, October 23, 2026, at 2:45 p.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public.

SO ORDERED.

Dated: October 21, 2026
New York, New York

Ronnie Abrams
United States District Judge