UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

v.

AMAZON.COM SERVICES LLC,

Defendant.

26-CV-7912 (RA)

26-CV-7913 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, and upon consent of the parties, it is hereby ordered that Docket No. 26-CV-7913 shall be closed as duplicative with Docket No. 26-CV-7912. It is further ordered that Docket Entry 5 on Docket No. 26-CV-7913, which was filed under seal, shall remain under seal after Docket No. 26-CV-7913 is closed pending any decision by the Court to unseal this Docket Entry.

In addition, the parties agreed to adhere to the following briefing schedule regarding Plaintiff's motions for leave to proceed under a pseudonym and to seal various exhibits in Docket No. 26-CV-7912: Defendant shall file any response no later than December 3, 2026; and Plaintiff shall file any reply no later than December 10, 2026.

SO ORDERED.

Dated: October 23, 2026
New York, New York

Ronnie Abrams
United States District Judge